UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNDRA BROWN,

    Plaintiff,

v.

    Case No: 1:24-cv-1100

    HON. ROBERT J. JONKER

KALAMAZOO DEPARTMENT OF
PUBLIC SAFETY,

    Defendant.
_____/

### ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on June 3, 2025 (ECF No. 27). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 27) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss (ECF No. 7) is GRANTED and Plaintiff's motion for summary judgment (ECF No. 19) is DENIED.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

Dated:  June 25, 2025        /s/ Robert J. Jonker
                                              ROBERT J. JONKER
                                              UNITED STATES DISTRICT JUDGE